# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:13-cr- 427 |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR AQUAIL JAMAR HARRIS (ID#) 01947023 |
| vs. | |
| AQUAIL JAMAR HARRIS, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said **AQUAIL JAMAR HARRIS** before the United States District Court at Las Vegas, Nevada, on or **I/A&A/P Thurs 12/5/13 3:00 PM VCF 3D** at the hour of 3:00 p.m. for arraignment and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: November 26, 2013



UNITED STATES MAGISTRATE JUDGE



```
                                              ___ F          ___ RECEIVED
                                              ___ ENT        ___ SERVED ON
                                                 ___ SEL/PARTIES OF RECORD
 1  DANIEL G. BOGDEN
    United States Attorney                         NOV   [date]
 2  District of Nevada
    PHILLIP N. SMITH, JR.                       CLERK US [   ] COURT
 3  Assistant United States Attorney            DISTRICT [    ]
    333 Las Vegas Boulevard South           BY:_____ DEPUTY
    Suite 5000
 4  Las Vegas, Nevada 89101
    702-388-6336
 5
```

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, ) | Case No.: 2:13-cr- 427 |
| Plaintiff, ) | PETITION FOR WRIT OF HABEUS CORPUS AD PROSEDUENDUM FOR AQUAIL JAMAR HARRIS (ID#) 01947023 |
| vs. ) | |
| AQUAIL JAMAR HARRIS, ) | |
| Defendant. ) | |

   The petition of the United States Attorney for the District of Nevada respectfully shows that **AQUAIL JAMAR HARRIS**, is committed by due process of law in the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada, that it is necessary that the said **AQUAIL JAMAR HARRIS** be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said **AQUAIL JAMAR HARRIS** may be present before the United States District Court for the District of Nevada, at City, S  I/A&A/P Thurs 12/5/13  3:00 PM VCF 3D  , at the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the said Court.

   That the presence of the said **AQUAIL JAMAR HARRIS** before the United States District Court on or  I/A&A/P Thurs 12/5/13  3:00 PM VCF 3D  the hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter until excused by the Court has been ordered by the United

1  States Magistrate or District Judge for the District of Nevada.

2  WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, Clark County Detention Center, Las Vegas, Nevada, and to the United States Marshal for the District of Nevada, commanding them to produce the said **AQUAIL JAMAR HARRIS** before the United States District Court on or at  I/A&A/P Thurs 12/5/13 3:00 PM VCF 3D  he hour of 3:00 p.m., for arraignment and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, Clark County Detention Center, Las Vegas, Nevada.

DATED this 26th day of November, 2013.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

PHILLIP N. SMITH, JR.   for
Assistant United States Attorney

2