**STIP**
STEVEN W. MYHRE
Acting United States Attorney
LISA C. CARTIER GIROUX
Assistant United States Attorney
Nevada Bar Number 14040
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-6418
Lisa.Cartier-Giroux@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00427-APG-CWH |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE** |
| | ) | **HEARING** |
| AQUAIL JAMAR HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | **(Second Request)** |
| | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED and AGREED by and between the United States of America, by and through LISA C. CARTIER GIROUX, Assistant United States Attorney, and Defendant AQUAIL JAMAR HARRIS, by and through his counsel KATHLEEN BLISS, ESQ, that the hearing regarding Revocation of Supervised Release currently set for April 18, 2017 at 2:00 p.m., be vacated and set to a date and time convenient to this court, but no event earlier than sixty (60) days.

This Stipulation is entered into for the following reasons:

-1-

1. The parties need additional time to negotiate a possible resolution to this matter and the currently pending charges against this Defendant under 2:17-mj-00107-VCF.

2. Discovery was recently tendered to the defendant on the new charges, and the defendant and defense counsel will need adequate time to review what is provided.

3. The defendant is incarcerated and does not object to the continuance.

4. This is the first stipulation to continue filed herein.

Dated this 13th day of April, 2017.

| | |
|---|---|
| /s/ Lisa C. Cartier Giroux | /s/ Kathleen Bliss |
| LISA CARTIER GIROUX | KATHLEEN BLISS, ESQ. |
| *Assistant United States Attorney* | *Attorney for Aquail Jamar Harris* |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:13-CR-00427-APG-CWH |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| AQUAIL JAMAR HARRIS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the hearing currently scheduled for April 18, 2017 at 2:00 p.m., be vacated and continued to June 27, 2017 at the hour of 9:00 a.m. in Courtroom 6C.

Dated this 13th day of April, 2017.

_____
DISTRICT JUDGE